UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Father & Mother Doe,
individually and as parents and
next friends of John Doe</u>

    v.                                  Civil No. 22-cv-194-LM

<u>West Alton Marina, LLC et al.</u>

**O R D E R**

The court continues the pretrial conference set for September 6, 2022, until September 19 at 10:00 am. In advance of the pretrial conference during which the court intends to discuss these issues, the court requests that the parties brief the following issues:

- The effect of the First Circuit's recent decision in Case No. 22-1056, <u>Doe v. Massachusetts Institute of Technology</u>, --- F.4th ---, 2022 WL 3646028 (August 24, 2022), which announces "the appropriate standard for adjudicating motions for leave to proceed under pseudonyms," on plaintiff's status as a pseudonymous litigant and/or pending motions to proceed under a pseudonym. Slip op. at 3.

- Whether consolidating Case Nos. 22-194, 22-195, 22-226, 22-236, and 22-240 for discovery and/or trial is warranted given the overlapping nature of the facts and allegations in each case.

Plaintiff shall file a brief regarding the effect of <u>Doe</u> on or before September 7, 2022. Defendants shall respond by September 16, 2022. All parties shall file their

briefs stating and explaining their positions on consolidation on or before September 16, 2022. Parties may jointly file their briefs if they agree to do so.

_____
Landya B. McCafferty
United States District Judge

August 26, 2022

cc: Counsel of Record